IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

LENA G. ODELL,                              CIVIL NO.: 1:13-CV-00515-BR

    Plaintiff

    v.

COMMISSIONER of                             (~~Proposed~~) ORDER
Social Security Administration

    Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $4,582.67 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct.2521 (2010) and Tobeler v. Colvin, 749 F.3d 830 (9th Cir. 2014).

IT IS SO ORDERED this 22nd day of ~~September~~ October, 2014.

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Marlene R. Yesquen
_____
MARLENE R. YESQUEN     OSB#065624
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com